

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00237-CR

The **STATE** of Texas,
Appellant

v.

Manuel **CARDENAS**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 428298
Honorable Robert Behrens, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED July 8, 2015.

_____
Luz Elena D. Chapa, Justice